UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-14280-CIV-GRAHAM

BENJAMIN WHITFIELD,
    Plaintiff,

v.

JOHN W. STEGKEMPER, et al.,
    Defendants.
_____/

**ORDER**

THIS MATTER comes before the Court on the Verified Motion by Defendants to Tax Costs (DE # 167, 2/8/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED, that the plaintiff shall file a response to the Verified Motion by Defendants to Tax Costs (DE # 167, 2/8/07) on or before March 22, 2007. The failure to file a response may result in a recommendation that the Verified Motion by Defendants to Tax Costs (DE # 167, 2/8/07) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 8th day of March, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Graham
All counsel of record

Copy sent by Chambers to:
Benjamin Whitfield
801 NW 48th Street
Miami, Florida 33127